UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

THE ESTATE OF THERESA
CATHERINE STROUD, ET AL.,

        Plaintiffs,

   v.                                          Case No. 20-cv-0821-bhl

SSC GERMANTOWN OPERATING
COMPANY, ET AL.,

        Defendants.

---

## ORDER

---

On September 16, 2020, the Defendants filed a Motion for Stay of Action and to Compel Enforcement of Dispute Resolution Program Agreement. (ECF No. 20). A status conference was held on February 10, 2021, wherein the Court concluded that the arbitration agreement, having been signed by Cindy Stroud, acting as Theresa Catherine Stroud's authorized representative, is enforceable as to the claims of The Estate of Theresa Catherine Stroud. The Court further concluded the arbitration agreement is not enforceable as to the claims of Harvey Stroud, individually. Accordingly,

IT IS ORDERED that Defendants' Motion for Stay of Action and to Compel Enforcement of Dispute Resolution Program Agreement, ECF No. 20, is GRANTED in part and DENIED in part.

IT IS FURTHER ORDERED that this action shall be stayed, and all arbitrable issues related to the claims of The Estate of Theresa Catherine Stroud, only, shall be referred to binding arbitration pursuant to the Parties' Dispute Resolution Program Agreement. The claims of Harvey Stroud, individually, shall be stayed pending resolution of the claims of the Estate.

IT IS FURTHER ORDERED that on or before **August 10, 2021**, the parties must file a joint report advising of the status of the case.

The Clerk is directed to administratively close this case pending completion of the arbitration proceedings.

Dated at Milwaukee, Wisconsin this 10th day of February, 2021.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge
